UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GREGORY PAGE,<br>    Plaintiff,<br><br>-v-<br><br>AT&T UMBRELLA BENEFIT PLAN NO. 1,<br>    Defendant. | No. 1:14-cv-547<br><br>HONORABLE PAUL L. MALONEY |

## **JUDGMENT**

This lawsuit was brought under the Employee Retirement Income Security Act (ERISA). The Court has affirmed the decision denying benefits. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   February 17, 2016                                /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        United States District Judge